IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| JESS H. WRIGHTSON,<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLETREE DTWC LLC,<br><br>Defendant. | CV 17–107–M–DLC<br><br>ORDER |

The Parties having filed a Joint Motion to Dismiss with Prejudice (Doc. 23),

IT IS ORDERED that the Motion (Doc. 23) is GRANTED and the above matter and all claims raised therein are DISMISSED WITH PREJUDICE as fully and finally settled on the merits, each party to bear their own costs and attorney fees.

DATED this 12th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court